# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br>      Plaintiff<br><br>  v.<br><br>CENTRAL INTELLIGENCE AGENCY, *et al.*,<br><br>      Defendants | Civil Action No. 22-1167 (CKK) |

## ORDER
(July 31, 2022)

This case comes before the Court upon the filing of Defendants' [8] Answer to Plaintiff's [1] Complaint. In light of this filing, it is this 31st day of July 2022, hereby

**ORDERED** that the parties shall MEET AND CONFER and file a Joint Status Report proposing a schedule for proceeding in this matter. The schedule should address the status of Plaintiff's FOIA request, the anticipated number of documents responsive to Plaintiff's FOIA request, the anticipated date(s) for release of the documents requested by Plaintiff, whether a motion for an *Open America* stay is likely in this case, whether a *Vaughn* index will be required in this case, etc. The parties shall file the schedule not later than **SEPTEMBER 30, 2022**.

    **SO ORDERED.**

                                                            /s/
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge