UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CENTRAL INTELLIGENCE AGENCY, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 22-1167 (CKK) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated November 23, 2022, Plaintiff American Oversight and Defendants Central Intelligence Agency ("CIA") and United States Department of State ("State"), by and through their respective counsel, respectfully submit this joint status report. Plaintiff submitted Freedom of Information Act ("FOIA") requests seeking "[a]ll electronic communications" containing specified key terms for specified custodians, as well as communications involving those custodians with specified individuals or entities.

On September 22, 2022, the CIA issued a Glomar response to Plaintiff's request.

On December 20, 2022, Plaintiff and State reached an agreement on narrowing Plaintiff's request. The two parties also agreed to prioritize production of part two of the request and that they will confer further regarding part one at the conclusion of productions for part two.

As noted in the September 11 Status Report, State made an interim response on October 6, 2023, and its next production will be on November 17, 2023. State expects to continue making rolling productions of any responsive, non-exempt material every six weeks, processing at least 450 pages per production. The parties respectfully propose to file another status report by January 10, 2024.

1

The parties will continue to confer regarding any other potential issues.

Dated: November 10, 2023                      Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     /s/ *L'Shaunteé J. Robertson*
L'SHAUNTEE J. ROBERTSON, DC Bar # 980248
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-1729
lshauntee.robertson@usdoj.gov

*Attorneys for the United States*


/s/ *Mehreen Rasheed*
Mehreen Rasheed
D.C. Bar No. 144880

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 848-1320
mehreen.rasheed@americanoversight.org

*Counsel for Plaintiff*